February 27, 2009

Mr. Grey Pierson
Pierson Behr
301 West Abram Street
Arlington, TX 76010

Honorable Debra Lehrmann
360th District Court
200 E Weatherford St., 4th Floor
Fort Worth, TX 76196-0290
Mr. Paul Micheal Schneider
The Schneider Law Firm, P.C.
2000 E. Lamar Blvd., Suite 600
Arlington, TX 76006

RE: Case Number: 08-0482
 Court of Appeals Number:
 Trial Court Number: 360-383043-05

Style: IN RE JOANNE LOVITO-NELSON

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Thomas A. |
| |Wilder |